# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| IOU CENTRAL, INC., | * | |
| Plaintiff, | * | |
| v. | * | 1:20-CV-01214-ELR |
| ANTHONY TRUJILLO, et al., | * | |
| Defendants. | * | |

# O R D E R

Plaintiff filed its Complaint in this case on March 18, 2020. Compl. [Doc. 1]. Service was perfected upon all Defendants on March 30, 2020 [Docs. 9–13], but no Defendant answered. Plaintiff subsequently filed a "Motion for Clerk's Entries of Default as to All Defendants" on April 21, 2020. [Doc. 14]. The Clerk entered default against all Defendants on April 22, 2020. However, since that time, Plaintiff has not moved for default judgment or taken any other action in this case.

Accordingly, the Court **ORDERS** Plaintiff to **SHOW CAUSE**, in writing, within ten (10) days of the entry date of this order why this case shall not be dismissed for want of prosecution pursuant to LR 41.3, NDGa. The Court **DIRECTS** the Clerk to submit this action after the expiration of the ten (10)-day period.

**SO ORDERED**, this 9th day of July, 2020.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia